JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Rachel English, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 22-3063-FMO (JEMx) |
| v. | |
| Bestbuy Corp., et al., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____      _____
Date                                          United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ Legally and/or factually patently frivolous
- ☐ Other: _____
- ☐ District Court lacks jurisdiction
- ☐ Immunity as to _____

Comments:
Complaint fails to state a cognizable claim for defamation based on statements made in a police report because such communications are privileged.  See Cal. Civ. Code sec. 47(a) (barring tort actions for publication made "[i]n the proper discharge of an official duty"); Cal. Civ. Code sec. 47(b) (barring tort actions for communications made in a "proceeding authorized by law"); see also Nash v. Lewis, 365 F. App'x 48, 53 (9th Cir. 2010) (preparation of police report is an official duty of a police officer); Taus v. Loftus, 40 Cal.4th 683, 720 (2007) (defamatory statement must be, inter alia, unprivileged).  Recommend immediate dismissal.

May 23, 2022                                      /s/ John E. McDermott
Date                                                    United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above).  IT IS FURTHER ORDERED that this case is hereby:
  - ☒ DISMISSED.
  - ☐ REMANDED.

May 23, 2022                                      /s/ Fernando M. Olguin
Date                                                    United States District Judge